```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 30206
  DEAN A AYRES
  ANNE M. AYRES                          CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR
        Debtor
     SSN XXX-XX-2740    SSN XXX-XX-5190

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/05/08 .

   2.  The case was converted to Chapter 7 without confirmation, 11/05/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------

     Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00           .00
PRINCIPAL PAID         .00         .00         .00         .00           .00
INTEREST PAID          .00         .00         .00         .00           .00
TOTAL PAID             .00         .00         .00         .00           .00
The Debtor's attorney, SCOTT A BENTLEY          , was allowed $          .00
and was paid $         .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 02/18/09              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 30206 DEAN A AYRES & ANNE M. AYRES
```